KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
ANNE E. KEARNS (SBN 183336) akearns@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff CHANEL, INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., | Case No. **CV 13 2645** RS |
| Plaintiff, | |
| v. | PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND ORDER RESTRAINING TRANSFER OF ASSETS TIED TO THE COUNTERFEITING OPERATION |
| THE PARTNERSHIPS OR UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-100, | |
| Defendants. | |

Plaintiff, Chanel, Inc. ("Plaintiff" or "Chanel"), hereby does apply, on an *ex parte* basis, for entry of a temporary restraining order and, upon expiration of the temporary restraining order, a preliminary injunction against Defendants, the Partnerships or Unincorporated Associations identified on Schedule "A" hereto and Does 1-100 (collectively "Defendants"), pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65.

Good cause exists for the foregoing orders. As set forth in the accompanying Memorandum of Points and Authorities, the Defendants and various unknown associates are promoting, selling, offering for sale and distributing counterfeit and infringing Chanel branded products within this

1

1  Judicial District through the commercial e-stores identified on Schedule "A" hereto (collectively, the
2  "Subject E-Store Names")[1] and the websites operating under the domain names identified on
3  Schedule "B" hereto (collectively, the "Subject Domain Names"). The activities of the Defendants
4  constitute unfair competition and willful and intentional infringement and counterfeiting of Chanel's
5  trademarks in total disregard of Chanel's rights and have taken place in spite of the Defendants'
6  knowledge that their use of Chanel's trademarks was and is in direct contravention of Chanel's
7  rights. The Defendants' unlawful activities have caused and will continue to cause irreparable injury
8  to Chanel.

9        This Application is based upon the accompanying Memorandum of Points and Authorities
10 and the Declarations of Stephen M. Gaffigan, Adrienne Hahn Sisbarro, Malerie Maggio, and Eric
11 Rosaler and exhibits thereto, filed concurrently herewith, and the complete files and records of this
12 action, and such other matters as Chanel may call to the Court's attention at or before the time of
13 hearing.

14       Upon entry of a temporary restraining order, the Application, supporting papers, Order,
15 Complaint and all other pleadings and documents on file in this action will be served on each
16 Defendant via the corresponding e-mail addresses provided by Defendants (i) as part of the domain
17 registration data for each of their respective domain names, or (ii) on their Internet websites, and the
18 customer service e-mail addresses used to communicate with Plaintiff's investigators, or (iii) on each
19 Defendant via the online submission forms provided on the Internet websites and e-stores operating
20 under their respective Subject E-Store Names, and provide a copy of the Temporary Restraining
21 Order by e-mail to the registrar of record for each of their respective domain names, or by other
22 means reasonably calculated to give notice which is permitted by the Court.

23       WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Court grant
24 its *ex parte* application and enter a temporary restraining order as to Defendants in the form
25 submitted herewith and schedule a hearing on Chanel's Motion for Preliminary Injunction before the

---

[1] The Defendants in this matter operate exclusively from storenvy.com subdomains excepting Defendants 3 and 5 which also operate glambling.us and theprettylittlegeek.com, respectively.

2

1 | expiration of the temporary restraining order.

2

3 | Dated: June 10, 2013

KELLER, SLOAN, ROMAN & HOLLAND LLP

By: _____
ANNE E. KEARNS
Attorneys for Plaintiff, Chanel, Inc.

PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND ORDER RESTRAINING
TRANSFER OF ASSETS TIED TO THE COUNTERFEITING OPERATION

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT E-STORE NAMES

| Defendant Number | Defendant/Subject E-Store Name |
|---|---|
| 1 | helloglitz.storenvy.com |
| 2 | phonecandys.storenvy.com |
| 3 | storenvy.com/stores/27815-glam-bling |
| 4 | glamorme.storenvy.com |
| 5 | storenvy.com/stores/46854-the-pretty-little-geek |
| 6 | lccboutique.storenvy.com |
| 7 | rainbowsmile.storenvy.com |

4

PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND ORDER RESTRAINING
TRANSFER OF ASSETS TIED TO THE COUNTERFEITING OPERATION

# SCHEDULE "B"
## SUBJECT DOMAIN NAMES

| Defendant Number | Defendant/Subject Domain Name |
|---|---|
| 3 | glambling.us |
| 5 | theprettylittlegeek.com |

PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND ORDER RESTRAINING
TRANSFER OF ASSETS TIED TO THE COUNTERFEITING OPERATION